IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMBERTO DIAZ,

        Petitioner,              No. 2:12-cv-1095 WBS DAD P

   vs.

G. D. LEWIS,

        Respondent.         <u>ORDER</u>

_____/

        On July 20, 2012, respondent filed a motion to dismiss in this case arguing that petitioner's application for a writ of habeas corpus contains unexhausted claims.  Petitioner has not opposed the motion.

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition to respondent's July 20, 2012 motion to dismiss.  Failure to file the required opposition to respondent's pending motion to dismiss may result in a recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 4, 2012.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

DAD:12
diaz1095.146.mtd