IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMBERTO DIAZ,

    Petitioner,               No. 2:12-cv-1095 WBS DAD P

    vs.

G. D. LEWIS,

    Respondent.            <u>ORDER</u>

                              /

        On September 24, 2012, petitioner filed a motion to hold these proceedings in abeyance pending exhaustion of his unexhausted claims for habeas relief in state court. Respondent has not opposed the motion.

        Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days from the date of this order, respondent shall file an opposition or statement of non-opposition to petitioner's motion to hold these proceedings in abeyance. Petitioner's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: October 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
diaz1095.146.mts