IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMBERTO DIAZ,

        Petitioner,               No. 2:12-cv-1095 WBS AC P

    vs.

G.D. LEWIS,

        Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 15, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-eight days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2013, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 12) is granted in part and denied in part as set forth and further recommended below;

3. Petitioner's motion for a stay (ECF No. 17) is denied;

4. Petitioner is directed to file an amended petition, including exhausted claims only, within twenty-eight days of the filing date of this order.  Any motion to stay under <u>Kelly</u> should be filed simultaneously with the petition.  In the alternative, petitioner may file a notice electing voluntary dismissal of this case without prejudice; and

5. Should petitioner fail to file either an amended and fully-exhausted petition or a notice of voluntary dismissal with the time provided, the claims identified herein as unexhausted will be stricken and those portions of the petition disregarded for all purposes.  The case will then proceed on the basis of the petition as amended by operation of this order.

DATED:  June 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/diaz1095.805hc