UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DIAZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>G. D. LEWIS, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-1095 WBS AC P<br><br><br>ORDER |

  In the court's order dated June 19, 2013, petitioner was ordered to file an amended petition for writ of habeas corpus containing only exhausted claims. Petitioner has filed a first amended petition. ECF No. 31. Good cause appearing, IT IS HEREBY ORDERED THAT:

  1. Respondent is ordered to file a response to the first amended petition within sixty days from the date of this order. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

  2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

  3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the

////

////

1  motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

2  DATED: August 12, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

diaz1095.100(2)